An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAISY TRUST,

          Appellant,

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION; AND FIRST
AMERICAN TRUSTEE SERVICING
SOLUTIONS, LLC,

          Respondents.

No. 66383

**FILED**

FEB 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

### *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

Appellant has filed a motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). Appellant's motion is accompanied by an order of the district court certifying that upon remand it will enter an order vacating the order denying appellant's motion for a preliminary injunction based upon our decision in *SFR Investments Pool 1 LLC v. U.S. Bank N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), and conduct further proceedings consistent with *SFR*. The motion is unopposed.

Cause appearing, we grant appellant's motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05624

district court decline to grant the relief requested.[1]  Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.  *See* NRAP 3A.

It is so ORDERED.[2]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Jerry A. Wiese, District Judge
     Law Offices of Michael F. Bohn, Ltd.
     The Ball Law Group LLC
     Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings.  *See* NRAP 3A.

[2]We deny as moot appellant's motion to extend the time to file the opening brief.